# United States District Court
## Western District of Michigan

UNITED STATES OF AMERICA

v.

FELIX HERRERA

Case Number: 1:02-cr-259-01

USM No. 11196-040

Richard D. Stroba
Defendant's Attorney

Date of Previous Judgment:   May 12, 2003
(Use Date of Last Amended Judgment if Applicable)

### ORDER ADJUDICATING MOTION FOR MODIFICATION OR REDUCTION
### OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and the Court having considered such motion,

**IT IS HEREBY ORDERED** that the motion is:

[X]     DENIED.

☐     GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

**IT IS FURTHER ORDERED THAT:**

**I.     COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II.     SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐     The reduced sentence is within the amended guideline range.

☐     The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[X]     Other (explain):

See Memorandum Opinion filed contemporaneously with this Order.

All provisions of the judgment dated   May 12, 2003   shall remain in effect.

**IT IS SO ORDERED.**

Date:   September 8, 2010

_/s/ Paul L. Maloney_____
Paul L. Maloney
Chief United States District Judge